AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Brown, Joe | **2. Court or Organization**<br><br>Middle District TN | **3. Date of Report**<br><br>06/11/2019 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (Recall Full) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Room 783 U.S. Courthouse
801 Broadway
Nashville, TN 37203

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee . Assets listed Part VII line 154 | Y P Trust. Trust for Family Cemetary Taylorsville KY |
| 2. | Custodian Assets listed Part VII line 95 | Uniform Gift to Minors, ▓▓▓▓ |
| 3. | Custodian Assets listed Part VII line 95 | Education trust ▓▓▓▓ |
| 4. | Custodian Assets listed Part VII line 95 | Education Trust ▓▓▓▓ |
| 5. | Custodian Assets listed Part VII line 95 | Education trust ▓▓▓▓ |
| 6. | Custodian Assets listed Part VII line 95 | Education trust ▓▓▓▓ |
| 7. | Custodian Assets listed Part VII line 95 | Education trust ▓▓▓▓ |
| 8. | Custodian Assets listed Part VII line 95 | Education trust ▓▓▓▓ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 06/11/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 5/5/18 | Nashville Schoold ol law IRA | $260.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Sedona Conference | 5/3/2018 to 5/4/20128 | Nashville YN | education seminar | 150 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 06/11/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Abbvie Inc (ABBV) | A | Dividend | J | T | | | | | a |
| 2. | Adobe Inc (ADBE) | | | J | T | Buy | 09/21/18 | J | | |
| 3. | Aecom Com (ACM) | A | Dividend | | | Sold | 09/12/18 | | | all sold at loss |
| 4. | Alaska Air Group (ALK) | A | Dividend | J | T | Buy | 12/17/18 | J | | |
| 5. | Albemarle Corp (ALB) | | | | | Sold | 11/21/18 | J | | all sold at loss |
| 6. | Allergan PLC comm (AGN) | A | Dividend | J | T | | | | | a |
| 7. | AllstateCorp (ALL) | | Dividend | | | Sold | 01/11/18 | J | A | a |
| 8. | Alphabet Inc Class A (GOOGL) | A | Dividend | J | T | Sold<br>(part) | 02/02/18 | J | A | a |
| 9. | | | | | | Sold<br>(part) | 03/29/18 | J | A | |
| 10. | Altria Group inc (MO) | A | None | J | T | | | | | a |
| 11. | Amazon (AMZN) | | None | J | T | | | | | a |
| 12. | American Beacon (ABEYX) | A | Dividend | K | T | | | | | a combined with line 13 |
| 13. | American Beacon INTL Equity (ABEYX) | A | Dividend | K | T | | | | | a |
| 14. | American Beacon MNCD Futures (AHLIX) | A | Dividend | K | T | | | | | a |
| 15. | American Capitol World Grth (CWGIX) | A | Dividend | J | T | | | | | a |
| 16. | Apple (AAPL) | A | Dividend | K | T | | | | | a |
| 17. | AQR Small Cap (QSERX) | A | Dividend | K | T | | | | | a |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. AQR Style Premia Alt FD Cl 6 (QSPRX) | A | Dividend | K | T | | | | | aMistyped Name last year |
| 19. AT&T Common USD1 (T) | A | Dividend | J | T | | | | | u |
| 20. Baird Core Plus Bond institutional (BCOIX) | A | Interest | J | T | | | | | u |
| 21. Bank New York Mellon Corp (BK) | A | Dividend | J | T | | | | | u |
| 22. Bank Of America (BAC) | A | Dividend | J | T | | | | | u |
| 23. Boeing CO (BA) | A | Dividend | J | T | Buy | 03/27/18 | J | | |
| 24. Bristol Myers Squibb (BMY) | A | Dividend | J | T | Buy | 12/17/18 | J | | |
| 25. British Amerrican Tobacco (BTI) | A | Dividend | | | Sold | 10/16/18 | J | | all sold at loss |
| 26. Broadcom Limited (AVGO) | A | Dividend | J | T | Sold (part) | 12/07/18 | J | A | u |
| 27. Bunge Limited (BG) | A | Dividend | | | Sold | 11/15/18 | J | A | all sold |
| 28. Cabot Oil and Gas (COG) | A | Dividend | J | T | | | | | u |
| 29. Canadian Pacific Rcpailray LTD (CP) | A | Dividend | | | Sold | 10/27/18 | J | A | all sold |
| 30. Carlisle Cos Inc. (CSL) | A | Distribution | | | Sold | 07/09/18 | J | A | all sold |
| 31. CBS Corp (CBS) | A | Dividend | | | Sold | 09/27/18 | J | A | all sold |
| 32. Celgene Corp (CELG) | A | Dividend | J | T | | | | | u |
| 33. Chevron Corp (CVX) | A | Dividend | | | Sold | 04/17/18 | J | A | all sold |
| 34. Chubb Limited Common (CB) | A | Dividend | J | T | | | | | u |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Cisco Sys Inc (CSCO) | B | Dividend | J | T | | | | | a |
| 36. Comcast Corp (CMCSA) | A | Dividend | J | T | Buy | 03/01/18 | J | | |
| 37. Conocophillips (COP) | A | Dividend | J | T | | | | | a |
| 38. Costco (COST) | A | Dividend | K | T | | | | | a |
| 39. CVS Health Corp (CVS) | A | Dividend | J | T | Buy | 12/24/18 | J | | |
| 40. Cypress Semiconductr (CY) | A | Dividend | J | T | | | | | a |
| 41. Deere & Company (DE) | A | Dividend | J | T | Buy | 05/14/18 | J | | |
| 42. DOWDUPONT (DWDP) | A | Dividend | | | Sold | 09/25/18 | J | A | all sold |
| 43. DXC Techonology Co (XC) | A | Dividend | | | Sold | 09/27/18 | J | A | all sold |
| 44. Eaton Corp PLC (ETN) | | None | | | Sold | 01/01/18 | J | A | all sold |
| 45. EOG Resources ((EOG) | A | Dividend | J | T | | | | | a |
| 46. Exelon Corp (EXC) | A | Dividend | J | T | | | | | a |
| 47. Facebook Inc Comnon (FB) | A | Dividend | J | T | | | | | a |
| 48. Fedex Corp (FDX) | | Dividend | | | Sold | 12/20/18 | J | | all sold at loss |
| 49. Fifth Third Bankcorp (FITB) | A | Dividend | J | T | Buy | 03/26/18 | J | | |
| 50. Gallagher Arthur J & Co (AJG) | A | Dividend | J | T | Buy | 12/13/18 | J | | |
| 51. General Electric (GE)(Y) | | | | T | Sold | 01/18/18 | J | | all sold at loss |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Gilead Sciences Inc (GILD) | A | Dividend | J | T | Buy | 07/05/18 | J | | |
| 53. Goldman Sacks Small Cap R6 (GICUX) | A | Dividend | J | T | Buy | 06/19/18 | J | | |
| 54. Harding Loevner Intl Equity (HLMIX) (HLIZX) | A | Dividend | L | T | Buy (add'l) | 12/28/18 | J | C | HLMIX converted to HLIZX |
| 55. Hartford Shroders Emg Mkts (SENMX) now (HHHFX) | A | Dividend | J | T | | | | | a |
| 56. Health Stream Stock (HSTM) | A | Dividend | K | T | | | | | a |
| 57. Home Depot (HD) | A | Dividend | J | T | | | | | a |
| 58. HP Inc (HPQ) | A | Dividend | J | T | | | | | a |
| 59. Ingersoll-Rand PLC (IR) | A | Dividend | J | T | Buy | 09/21/18 | J | | |
| 60. Intel Stock (INTC) | B | Dividend | L | T | | | | | a |
| 61. Intercontential Exchange (ICE) | A | Dividend | J | T | | | | | a |
| 62. ISHARES Core S&P Small Cap (IJR) | A | Dividend | J | T | Buy | 06/04/18 | J | | |
| 63. ISHARES Core S&P 500 ETF (IVV) | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 64. Ishares Inc Core MSCI Emerging Markets (IEMG) | A | Dividend | | | Sold (part) | 06/29/18 | J | | Part sold at loss |
| 65. | | | | | Sold | 08/29/18 | J | | all sold at loss |
| 66. Ishares Trust Core MSCI (IEFA) | A | Dividend | J | T | Sold (part) | 04/06/18 | J | B | a |
| 67. | | | | | Sold (part) | 07/06/18 | J | A | |
| 68. Johnson Controls (JCI) | A | Dividend | | | Sold | 05/07/18 | J | | all sold at loss |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | a |
| 70.  JPMORGAN (JPM) | A | Dividend | J | T | | | | | a |
| 71.  Kansas City Southern Com (KSU) | A | Dividend | J | T | Buy | 08/27/18 | J | | |
| 72.  Keycorp New (KEY) | A | Dividend | J | T | | | | | a |
| 73.  Las Vegas Sands Corp (LVS) | A | Dividend | J | T | Buy | 01/22/18 | J | | |
| 74.  Lam Research Corp (LRCX) | A | Dividend | | | Sold | 07/11/18 | J | A | all sold |
| 75.  Lazard Emerging Markets (EMBIX) | A | Dividend | J | T | | | | | a |
| 76.  Lazard Intl Strategic Equity Portfolio (LISIX) | A | Dividend | | | Sold | 06/20/18 | J | B | all sold |
| 77.  Loockheed Martin Corp (LMT) | A | Dividend | J | T | | | | | a |
| 78.  Magna Intl Inc (MGA) | A | Dividend | J | T | | | | | a |
| 79.  Maxim Integrated Products Inc (MXIM)(Y) | | None | J | T | | | | | a value <1000 |
| 80.  McDonalds Corp (MCD) | A | Dividend | J | T | | | | | a |
| 81.  Medtronics PLC (MDT) | A | Dividend | J | T | | | | | a |
| 82.  Merck & Company (MRK) | A | Dividend | J | T | | | | | a |
| 83.  MGM Resorts International (MGM) | A | Dividend | J | T | | | J | | a |
| 84.  Microsoft Stock (MSFT) | B | Dividend | M | T | | | | | a |
| 85.  Mondelez Inter Inc (MDLZ) | A | Dividend | J | T | Buy | 11/16/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Morgan Stanley (MS) | A | Dividend | J | T | | | | | u |
| 87. Nashville School of Law IRA Unit Investment Trusts | A | Dividend | J | T | | | | | u |
| 88. Monsanto Co New (MON) | A | Dividend | | | Sold | 04/16/18 | J | A | all sold |
| 89. Monster Beverage Co (MNST) | | | | | Sold | 12/17/18 | J | A | all sold |
| 90. Netflix Com (NFLX) | A | Dividend | J | T | Buy | 06/26/18 | J | | |
| 91. Nextra Energy Inc (NEE) | A | Dividend | J | T | Buy | 06/21/18 | J | | |
| 92. Nike Class B (NIKE) | A | Dividend | J | T | Buy | 09/25/18 | J | | |
| 93. Norwegian Cruise Lines (NCLH) | A | Dividend | J | T | | | | | u |
| 94. Nuvasive Inc (NUVA) | | | | | Sold | 01/25/18 | J | | all sold at loss |
| 95. Nvidia Corp (NVDA) | A | Dividend | J | T | Buy | 06/27/18 | J | | |
| 96. Occidental Peteroleum Co (OXY) | A | Dividend | J | T | | | | | u |
| 97. OHIO College Advantage 529 plan Black Rock Growth Portfolio (ALL GC) | A | Dividend | O | T | | | | | u |
| 98. Omnicom Group (OMC) | A | Dividend | | | Sold | 08/31/18 | J | A | all sold |
| 99. Oracle Corp Common (ORCL) | A | Dividend | J | T | | | | | u |
| 100. Patterson UTI Energy (PTEN) | A | Dividend | | | Sold | 06/27/18 | J | A | all sold |
| 101. Paypal Holdings (PYPL) | A | Dividend | J | T | Buy | 10/01/18 | J | | |
| 102. Pepisco Inc (PEP) | A | Dividend | J | T | Buy | 07/09/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. PPL Corp (PPL) | A | Dividend | J | T | Buy | 04/05/18 | J | | |
| 104. Progressive Corp Ohio (PGR) | A | Dividend | J | T | | | | | a |
| 105. Raytheon Co Com New (RTN) | A | Dividend | J | T | Buy | 02/09/18 | J | | |
| 106. Republic Services inc (RSG) | A | Dividend | J | T | Buy | 11/15/18 | J | | |
| 107. Royal Dutch Shell (RDSA) | A | Dividend | J | T | | | | | a |
| 108. Salesforce Com (CRM) | A | Dividend | J | T | Buy | 04/01/18 | J | | |
| 109. Shire PLC Sponcered ADR (SHPG)(X) | A | Dividend | J | T | | | | | a Value > 1000 in 2018 |
| 110. Southwest Airlines (LUV) | A | Dividend | | | Sold | 12/17/18 | J | A | all sold |
| 111. SPDR Short Term Corp Bonds (SPSB) | A | Dividend | J | T | Buy | 04/04/18 | J | | |
| 112. Spirit Aerosystems Hldgs Inc (SPR)(X) | A | Dividend | J | T | | | | | a value> 1000/200 2018 |
| 113. Synchrony Financial Com (SYF) | A | Dividend | | | Sold | 12/13/18 | J | | a all sold loss |
| 114. Sysco Corp (SYY) | A | Dividend | | | Sold | 09/20/18 | J | A | all sold |
| 115. T Mobile US (TMUS) | A | Dividend | J | T | Buy | 10/13/18 | J | | |
| 116. Texas Instruments Inc (TXN) | A | Dividend | J | T | | | | | a |
| 117. Thermo Fisher Scientific (TMO) | A | Dividend | J | T | | | | | a |
| 118. TJX COS Inc (TJX) (X) | A | Dividend | J | T | | | | | a value < 1000 |
| 119. Tractor Supply (TSCO) | A | Dividend | K | T | | | | | a |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 120.  Ultra Salon Cosmetics & Frag inc (ULTA) | | | | | Sold | 03/27/18 | J | | all sold loss |
| 121.  United Health Group (UNH) | A | Dividend | J | T | | | | | a |
| 122.  United Techonologies Corp (UTX) | A | Dividend | J | T | | | | | a |
| 123.  USAA Emerging Markets (UIEMX) | A | Dividend | K | T | | | | | a |
| 124.  USAA Income Fund Institutional Shares (UIINX) | A | Dividend | J | T | | | | | a |
| 125.  USAA Managed Allocation (UMAFX) | A | Int./Div. | J | T | | | | | a |
| 126.  USAA Money Market (USAXX) (X) | A | Dividend | J | T | | | | | Added > limit this year |
| 127.  USAA Short Term Bond Fund (UISBX) | A | Int./Div. | J | T | | | | | a |
| 128.  USAA Tax Exempt Intermediate (USATX) | D | Int./Div. | M | T | Sold (part) | 12/27/18 | K | | Part sold loss |
| 129.  USAA Tax Exempt Short Term (USSTX) | A | Int./Div. | J | T | Sold (part) | 12/27/18 | J | A | part sold loss |
| 130.  USAA Tax-Exempt Market (USEXX) | A | Int./Div. | J | T | Sold (part) | 03/28/18 | J | | no net gain |
| 131.  USAA Bank Checking Accounts ▮▮▮ | A | Int./Div. | K | T | | | | | a |
| 132.  Valero Energy Corp (VLO) | A | Dividend | J | T | Buy | 10/04/18 | J | | |
| 133.  Vanguard Growth and Income (VGIAX) | B | Int./Div. | L | T | Sold (part) | 07/10/18 | K | C | a |
| 134.  Victory Sycamore Established Values (VEVRX) | A | Dividend | K | T | | | | | a Change of stock code |
| 135.  Visa (V) | A | Dividend | J | T | | | | | a |
| 136.  VOYA Intermediate Bonds Class I (IICIX)) from (IIWBX) | A | Interest | J | T | | | | | Converted class W to I |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Wal Mart Stock (WMT) | C | Dividend | M | T | Donated (part) | 12/26/18 | J | | a Donated part Church |
| 138. Wells Fargo Stock (WFC) | B | Dividend | K | T | | | | | u |
| 139. Wells Fargo CMA, Checking | A | Interest | J | T | | | | | u |
| 140. Western Digital Corp (WDC) | A | Dividend | | | Sold | 11/21/18 | J | | all sold at loss |
| 141. Westrock CO ((WRK) | A | Dividend | J | T | Buy | 12/22/18 | J | | |
| 142. Wyndham Destinations Inc (WYND) | A | Dividend | J | T | Buy | 01/11/18 | J | | |
| 143. Wyndham Hotels & Resorts (WH) | A | Dividend | J | T | Buy | 01/11/18 | J | | |
| 144. 1/2 Interest Knox Brown Farms, Taylorsville, KY | E | Rent | O | W | | | | | a Net loss for year |
| 145. 1/2 Interest Knox Brown Farms, Laporte, IN | F | Rent | P1 | W | | | | | a Net gain for year |
| 146. Fidelity Mutual Life Ins Co. | A | Interest | J | T | | | | | u |
| 147. Mass Mutual Life Insurance Policies | B | Dividend | M | T | | | | | u |
| 148. Peoples Bank Taylorsville Sav Act (Family Cemetary Trust) | A | Interest | J | T | | | | | u |
| 149. USAA Bank Account | A | Interest | J | T | | | | | u |
| 150. REGIONS Bank, Nashville Checking | A | Interest | K | T | | | | | u |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Joe | 06/11/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

a in VII column 5 This is used to to show I checked it from last year. and make other remarks to try to keep up with changes.

Lines 12 and 13 These two were combined into ABEYX

Line 18    Had error in typing name and stock 's code last year.

Line 55    Change is stock code only Typo last year

Line 79    List for tracking purposes.

Line 97    This includes all funds for [          ] (GC) as custodial Part I lines 4-10. All shares in Ohio 529 plan and managed by Black Rock.

Line 109    Value increased to over 1000 in 2018

Line 112    Value increased to over 1000 in 2018

Line 118    List for tracking purposes

Line 126    Value increased to over 1000 in 2018

Line 134    Stock code change from (VEVIX) to (VEVRX) Typo last year in report..

Line 136    Class W converted to Class I

Line 148    Cemetary trust assets .


USAA managed stock account has a numbr of investments that jhover around 1000 value att he end of the year.  I list them to keep track of them despite fact they may be plus or minus each year of $1000.value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joe Brown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544